**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>PLAINTIFF <br><br>v. <br><br>CHARLES MURRAY, <br><br>and <br><br>SARI MURRAY, <br><br>DEFENDANTS | **CIVIL ACTION NO.:** <br>**2:25-cv-00151-NT** |

**NOTICE OF DEATH OF PARTY**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, of the death of Charles Murray, one of the Defendants in this action. Charles Murray died on November 18, 2021. A true and accurate copy of Charles Murray's obituary is attached hereto as **Exhibit A**.

Dated at Portland, Maine, this 22nd day of May 2025.

Respectfully submitted,

/s/ *Kevin J. Crosman*

Kevin J. Crosman, Bar No. 4279
(207) 775-7271
kcrosman@jensenbaird.com

Attorney for Plaintiff
Jensen Baird
P.O. Box 4510
Portland, ME  04112-4510

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

>Sari Murray
>32 Old Portland Road
>Waterboro, ME 04087

Dated at Portland, Maine, this 22nd day of May 2025.

>/s/ *Kevin J. Crosman*
>_____
>Kevin J. Crosman, Bar No. 4279
>Attorney for Plaintiff