UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>SARI MURRAY,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>2:25-cv-00151-NT<br><br>**JOINT STATUS REPORT** |

Now come the United States Department of Agriculture ("USDA") through its counsel and Sari Murray ("Ms. Murray"), *pro se*, and reports jointly on the status of the above-captioned matter as follows:

1. USDA has sent the mediation fee to the appropriate Foreclosure Diversion Program Court and is awaiting information regarding the mediation session scheduling information.

2. Ms. Murray is awaiting a closing date on a refinance of the mortgage, which will pay off the USDA mortgage and fees in full. Should that happen prior to the mediation date, the mediation will be cancelled and USDA will dismiss the case.

Dated at Portland, Maine, this June 30, 2025

/s/ *Kevin J. Crosman*  
Kevin J. Crosman, Bar No. 4279  
Attorney for Plaintiff  
JENSEN BAIRD  
Ten Free Street  
PO Box 4510  
Portland, Maine 04112-4510  
(207) 775-7271  
kcrosman@jensenbaird.com  

/s/ *Sari Murray*  
Sari Murray  
Defendant, *pro se*  

32 Old Portland Road  
North Waterboro, ME  04061  
(207) 776-2904

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Sari Murray<br>
32 Old Portland Road<br>
North Waterboro, ME  04061

Dated at Portland, Maine, this June 30, 2025.

| | |
|---|---|
| /s/ *Kevin J. Crosman* | /s/ *Sari Murray* |
| Kevin J. Crosman, Bar No. 4279 | Sari Murray |
| Attorney for Plaintiff | Defendant, *pro se* |