UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>SARI MURRAY,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>2:25-cv-00151-NT |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. Plaintiff intends to move for dismissal of this matter upon confirmation of recording of the Discharge of Mortgage at issue this matter.

2. A second mediation session is expected to be scheduled after October 1, 2025.

Dated this September 29, 2025.

                                                                                         /s/ *Kevin J. Crosman*
                                                                                        Kevin J. Crosman, Bar No. 4279
                                                                                        Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Sari Murray
32 Old Portland Road
North Waterboro, ME 04061

    Dated at Portland, Maine, this September 29, 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff