UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br>            Plaintiff, <br><br> v. <br><br> **SARI MURRAY**, <br><br>            Defendant, | CASE NO. **2:25-cv-00151-NT** |

### STIPULATION OF DISMISSAL

Plaintiff United States Department of Agriculture and Defendant Sari Murray, each through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-referenced action with prejudice and without costs to either party.

Dated: November 20, 2025

        Kevin J. Crosman, Esq.
        10 Free Street, PO BOX 4510
        Portland, ME 04112
        T: 207-775-7271
        E: KCrosman@jensenbaird.com

*Attorneys for Plaintiff*

Dated: November 20, 2025

        Sari Murray
        32 Old Portland Road
        North Waterboro, Me 04061
        207-776-2904
        SMurray64@gmail.com

*Defendant, pro se*